**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**S.G., INDIVIDUALLY, ET AL,**

**Plaintiffs,**

**- against -**

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

**Defendants.**

---

**26-cv-7079 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiffs filed this action on August 19, 2026. ECF No. 1. Rule 4(m) required the plaintiff to serve the defendant New York City Department of Education within ninety days after the complaint was filed.

The plaintiffs have not served the defendant. The time to serve the defendant expired on November 17, 2026. The time for the plaintiffs to serve the New York City Department of Education is extended until **December 17, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**November 23, 2026**

**John G. Koeltl**
**United States District Judge**